MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd. Suite 140
Mountain View, CA 94043
Tel.: (650) 694-4700
Fax: (650) 694-4818
Email: ccmoran@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

In Re:                            )   Chapter 13
                                  )
STEVE BELL,                       )   Bankruptcy No. 05-34212
                                  )
                                  )   Date: June 29, 2007
                                  )   Time: 9:30 am.
                                  )   Place: 23rd Floor
                                  )
              Debtor.             )
_____ )   HON. THOMAS E. CARLSON

**DECLARATION OF CATHLEEN COOPER MORAN IN SUPPORT
OF MOTION FOR DAMAGES FOR VIOLATION OF STAY**

I, Cathleen Cooper Moran, declare:

1. I am an attorney duly licensed to practice in the State of California and before the Federal Courts in the Northern District of California and a shareholder of Moran Law Group, Inc., counsel to the debtor herein. I make this declaration of my own personal knowledge and if called as a witness I could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the creditor matrix filed by my firm at the commencement of this case on October 12, 2005 showing inclusion of Clinical Labs.

3. Attached hereto as Exhibit B is a true and correct copy of the notice of the commencement of the case given to all creditors in the case, including Clinical Labs, by the court on November 2, 2007.

4. Attached hereto as Exhibit C is a proof of service by my firm of notice of an application by Moran Law Group for fees in this case, showing service on Clinical Labs on March 30, 2006.

5. Attached hereto as Exhibit D is a proof of service by my firm of an amended notice of an application by Moran Law Group for fees in this case, showing service on Clinical Labs on April 4, 2006.

6. A review of our records in the case do not show that any of the notices sent to Clinical Labs at the address on the matrix was returned as undeliverable.

7. Attached hereto as Exhibit E is a true and correct copy of the discharge of debtor and the proof of service showing service on Clinical Labs.

8. As of the filing of this motion, the fees incurred in bringing this motion total approximately $3000. A copy of our time records to date are attached. I anticipate a minimum of four additional hours to respond to any opposition and appear at the hearing on this motion bringing the attorneys fees involved to approximately $4200.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 23, 2007, at Mountain View, California.

_____
CATHLEEN COOPER MORAN

.