MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd. Suite 140
Mountain View, CA 94043
Tel.: (650) 694-4700
Fax: (650) 694-4818
Email: ccmoran@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

In Re: ) Chapter 13
)
STEVE BELL, ) Bankruptcy No. 05-34212
)
)
)
Debtor. )
_____ ) HON. THOMAS E. CARLSON

**OPPOSITION TO BILL OF COSTS**

The debtor opposes the taxing of the bill of costs submitted by Clinical Laboratories of Hawaii (CLH) on or about September 4, 2007. The court's order in connection with the debtor's motion for damages for violation of the automatic did not award costs to either party. Further, CLH was not the prevailing party in that it was held to have violated the stay.

MORAN LAW GROUP

Date: _____  _____
CATHLEEN COOPER MORAN
Attorney for Steve Bell