

**Signed and Filed: April 28, 2008**

_____
**THOMAS E. CARLSON
U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 05-34212 SFC13 |
| STEVE BELL, | Chapter 13 |
| Debtor. | |

**ORDER TO SHOW CAUSE RE DISCLOSURE OF NCO SETTLEMENT AGREEMENT**

On April 25, 2008, the court held a hearing following remand of this court's August 20, 2007 Order re Motion for Damages for Violation of the Automatic Stay. Cathleen Cooper Moran appeared for Debtor. Iain A. MacDonald and Heather A. Cutler appeared for Clinical Laboratories of Hawaii, LLP (CLH).

It appearing that Debtor is entitled to recover attorneys fees from CLH as a result of CLH's violation of the automatic stay, it appearing that CLH is entitled to setoff against the fees to be awarded the payment made to Debtor by NCO Financial Systems, Inc. (NCO) in settlement of a closely related claim for violation of the automatic stay, it having been represented to this court that Debtor is prohibited by the settlement agreement from disclosing the terms of the NCO settlement, and it appearing that justice may

-1-

require this court to compel Debtor to disclose, with appropriate safeguards, the amount of the NCO settlement payment, the court issues the following order to show cause.

(1) NCO shall appear before this court on May 30, 2008 at 10:30 a.m. and show cause why Debtor should not be ordered to disclose the settlement agreement to this court, Iain A. MacDonald, and Heather A. Cutler, on the terms and conditions set forth in the proposed order attached hereto as Exhibit A.

(2) If NCO opposes entry of the attached proposed order, NCO shall file and serve a brief by May 23, 2008 and shall appear at the hearing on the order to show cause.

(3) If NCO does not timely file written opposition, the court will enter an order in the form attached hereto as Exhibit A.

**\*\*END OF ORDER\*\***

**EXHIBIT "A" TO ORDER TO SHOW CAUSE**

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | ) Case No. 05-34212 TEC 13 |
| STEVE BELL, | ) Chapter 13 |
| Debtor. | ) |

**[PROPOSED] ORDER COMPELLING DISCLOSURE OF NCO SETTLEMENT AGREEMENT**

Upon due consideration, and for the reasons stated in the order to show cause entered on April 28, 2008, the court hereby orders as follows:

(1) Subject to the terms and conditions set forth in this order, counsel for Debtor shall provide to the court and to Iain A. Macdonald and Heather A. Cutler, counsel for Clinical Laboratories of Hawaii, LLP (CLH), a true and correct copy of Debtor's settlement agreement with NCO Financial Systems, Inc. (NCO) (Settlement Agreement).

(2) The court shall maintain the Settlement Agreement in Chambers in an envelope that is labeled "CONFIDENTIAL SETTLEMENT

-1-

AGREEMENT: FOR THE EYES OF THE HON. THOMAS E. CARLSON AND HIS CHAMBERS STAFF.  DO NOT OPEN.  THE CONFIDENTIALITY OF THIS SETTLEMENT AGREEMENT IS PROTECTED AND GOVERNED BY ORDER ENTERED BY THE HON. THOMSON E. CARLSON ON APRIL 28, 2008."

(3) Mr. Macdonald and Ms. Cutler (CLH Counsel) shall keep the Settlement Agreement in an envelope that is labeled "CONFIDENTIAL SETTLEMENT AGREEMENT: FOR THE EYES OF ATTORNEYS IAIN A. MACDONALD AND HEATHER A. CUTLER ONLY.  DO NOT OPEN.  THE CONFIDENTIALITY OF THIS SETTLEMENT AGREEMENT IS PROTECTED AND GOVERNED BY ORDER ENTERED BY THE HON. THOMAS E. CARLSON ON APRIL 28, 2008.  IF YOU OPEN THIS ENVELOPE, YOU MAY BE FOUND IN CONTEMPT OF COURT AND SUBJECT TO SANCTIONS, INCLUDING MONETARY SANCTIONS."

(4) The individuals authorized to view the Settlement Agreement pursuant to this order shall not disclose the material terms of the Settlement Agreement to anyone, and shall not copy the Settlement Agreement, except that CLH Counsel may orally communicate the amount of the Settlement to one person at CLH.  The person at CLH to whom the Settlement amount is communicated shall be a person with authority to settlement CLH's dispute with Debtor.

(5) The person at CLH to whom CLH Counsel discloses the amount of the Settlement shall not disclose that information in any manner to any person other than CLH Counsel or the court at a closed hearing.

(6) Prior to receiving a copy of the Settlement Agreement, CLH Counsel shall sign and date the following acknowledgment on this order:

> I understand that I am strictly bound to the terms of this order, and that if I violate this order I may be found in civil contempt of court and subject to

-2-

sanctions, including but not limited to monetary
sanctions.

    _____  _____
    Iain A. Macdonald, counsel for CLH    date

    _____  _____
    Heather A. Cutler, counsel for CLH    date

(7) Prior to CLH Counsel disclosing the Settlement amount to one person at CLH, the person to whom the information is to be disclosed shall sign and date the following acknowledgment on this order, and return it to CLH Counsel by facsimile so that the acknowledgment is actually received by CLH Counsel before disclosure of the Settlement amount:

> I understand that I am strictly bound to the terms of this order, and that if I violate this order I may be found in civil contempt of court and subject to sanctions, including but not limited to monetary sanctions.
>
> _____  _____
> [name and title of individual], for CLH    date

The facsimile number for CLH Counsel is 415-394-5544.

(8) Counsel for Debtor shall not provide a copy Settlement Agreement to CLH Counsel until the latter provides by facsimile to counsel for Debtor and counsel for NCO executed copies of the acknowledgment required by this order. The facsimile number for Debtor's counsel is 650-694-4818. The facsimile number for NCO's counsel is 619-222-3667.

(9) Any hearing at which the terms of the Settlement Agreement are disclosed shall be a closed hearing, and the transcript of such hearing shall be sealed.

**\*\*END OF ORDER\*\***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | |
| 3 | |
| 4 | Cathleen Cooper Moran, Esq.<br>Moran Law Group, Inc.<br>800 California Street, Suite 2 |
| 5 | |
| 6 | Iain A. Macdonald, Esq.<br>Macdonald & Associates<br>221 Sansome Street |
| 7 | San Francisco, CA 94104-2323 |
| 8 | Debbie P. Kirkpatrick, Esq.<br>Sessions, Fishman & Nathan in California, L.L.P. |
| 9 | 3667 Voltaire St.<br>San Diego, CA 92106 |
| 10 | |