Debbie P. Kirkpatrick, Esq. (SBN 207112)
Sessions, Fishman, Nathan & Israel, L.L.P.
3667 Voltaire Street
San Diego, CA 92106
Tel: 619/758-1891
Fax: 619/222-3667
dkirkpatrick@sessions-law.biz

Attorney for Defendant
NCO Financial Systems, Inc.

**FILED**
MAY 21 2008
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re:

STEVE BELL,

    Debtor.

) STATEMENT OF NON-OPPOSITION
)
) 05-34212 TC
)
)
)
)

In response to the Court's Order To Show Cause Re Disclosure of NCO Settlement Agreement dated April 28, 2008, NCO Financial Systems, Inc. ("NCO") states as follows:

NCO does not oppose entry of the proposed Order Compelling Disclosure of NCO Settlement Agreement. In light of the foregoing, NCO requests the Court vacate the hearing on May 30, 2008 at 10:30 a.m.

Dated: 5/16/08

Respectfully submitted,

Sessions, Fishman, Nathan & Israel, LLP

_____
Debbie P. Kirkpatrick
Attorney NCO Financial Systems, Inc.

Statement of Non-Opposition
1

CASE NAME: BELL
CASE NO: 05-34212

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 3667 Voltaire Street, San Diego, California 92106. On this date I served the within:

**STATEMENT OF NON-OPPOSITION**

( XX ) BY U.S. MAIL

    I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( ) BY FACSIMILIE MACHINE

    I caused to be transmitted by facsimile machine a true copy of the above-named documents to the below listed. Attached hereto is the Confirmation Report confirming the status of the transmission.

( ) BY PERSONAL SERVICE

    I caused to be served by hand a true copy of the above named document as listed hereafter.

Cathleen Cooper Moran, Esq.
Renee C. Mendoza, Esq.
Moran Law Group, Inc.
1674 N. Shoreline Blvd. #140
Mountain View, CA 94043-1375
Representing Steve Bell

Iain A. Macdonald, Esq.
Law Offices of Macdonald and Assoc.
2 Embarcadero Center #1670
San Francisco, CA 94111-3930
Representing Clinical Laboratories of Hawaii, LLP

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 19, 2008

                                            Ann Coito