MACDONALD & ASSOCIATES
IAIN A. MACDONALD SBN 051073
HEATHER A. CUTLER SBN 217837
221 Sansome Street
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Creditor,
CLINICAL LABORATORIES OF HAWAII, LLP

FILED
SEP - 9 2008
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

STEVE BELL,

        Debtor.

Case No. 05-34212

Chapter 13

OPPOSITION TO AWARD OF ATTORNEY'S FEES

Date: September 22, 2008
Time: 11:00 a.m.
Dept.: 235 Pine Street
      23rd Floor
      San Francisco, CA

(Judge Carlson)

    Comes now Clinical Laboratories of Hawaii, LLP ("CLH") and opposes the application of Steve Bell, chapter 13 debtor herein, for an award of attorneys' fees in the sum of $23,714.50, based on the following:

    (1)  <u>None Of The Fees Sought Appear To Have Been Incurred Solely To Rectify The Credit Reports</u>

    On August 15, 2008, this court stated that the debtor is entitled to those fees incurred to correct the credit report but may not recover those fees which were incurred to obtain damages for violation of the automatic stay because the debtor did not prove any such damages. Despite these clear instructions, the declaration of debtor's counsel regarding fees and costs seeks $23,714.50 without showing that any were incurred specifically to correct the debtor's credit report. Instead, the