

**Signed and Filed: October 15, 2008**

_____

**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

_____

### UNITED STATES BANKRUPTCY COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No. 05-34212 SFC |
| | ) |
| STEVE BELL, | ) Chapter 13 |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Debtor. | ) |
| _____ | ) |

### ORDER FOLLOWING REMAND

For the reasons stated in the accompanying Memorandum Decision Following Remand, and pursuant to 11 U.S.C. § 362(h), Clinical Laboratories of Hawaii, LLP shall deliver to Debtor, by no later than November 28, 2008, a check for attorneys fees and costs in the amount of $16,934.10, payable to Debtor's counsel Cathleen Cooper Moran, and mailed to Ms. Moran c/o Moran Law Group, Inc., 1674 N. Shoreline Blvd. #140, Mountain View, CA 94043-1375.

### **END OF ORDER**

**COURT SERVICE LIST**

Cathleen Cooper Moran, Esq.
Moran Law Group, Inc.
1674 N Shoreline Blvd. #140
Mountain View, CA 94043-1375

Iain A. Macdonald, Esq.
Macdonald & Associates
221 Sansome Street
San Francisco, CA 94104-2323