UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
235 Pine Street
San Francisco, CA 94104
Mailing Address:
P.O. Box 7341
San Francisco, CA 94120-7341



**FILED**

OCT 3 1 2008

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## TRANSMITTAL FORM

TO: Bankruptcy Appellate Panel of the Ninth Circuit, 125 S. Grand Avenue, Pasadena, CA, 91105

CASE NAME: Steve Bell

BANKRUPTCY NO.: 05-31074 TC

ADVERSARY PROCEEDING: N/A

ADVERSARY NO.: N/A

BANKRUPTCY JUDGE: Thomas E. Carlson, Judge

DATE NOTICE OF APPEAL FILED: 10/27/08

DATE BANKRUPTCY FILED: 10/12/05

NOTICE OF OBJECTION FILED: N/A

DATE OF TRANSMITTAL: October 31, 2008

_____
Deputy Clerk, Michelle Walker