# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

From: Freddie Brown, Deputy Clerk

**Date:** December 4, 2008

**Case Name:** STEVE BELL

**BAP No:** NC-08-1285

**Bankruptcy No:** 05-34212

**Adversary No:**

**Subject: SECOND NOTICE OF DEFICIENT APPEAL AND IMPENDING DISMISSAL**

YOU MUST FILE A RESPONSE TO THIS NOTICE WITH THE BAP CLERK'S OFFICE WITHIN FOURTEEN DAYS OR YOUR APPEAL MAY BE DISMISSED FOR LACK OF PROSECUTION.

A review of the documents in this appeal reveals a deficiency which could result in dismissal. This appeal appears to be defective for the following reasons:

LACK OF PROSECUTION BY THE APPELLANT

It appears that the Appellant has failed to:

- File the Designation of Record (a list of the documents only) (F.R.B.P. 8006).

- File the Statement of Issues (F.R.B.P. 8006).

- File a Transcript Order Notice and make satisfactory arrangements for payment (F.R.B.P. 8006 and 9th Cir. BAP Rule 8006-1).

For all types of deficiencies other than failure to file transcript(s), when you respond to this notice of deficient appeal, your response must state when you filed in the bankruptcy court the missing items.

* * *

Therefore, this appeal may be **DISMISSED** unless, within **FOURTEEN (14) days** of this notice, the Appellant provides an adequate legal explanation as to why the appeal should not be dismissed. Any legal explanation should discuss why the Panel should or should not impose alternative sanctions to dismissal and the relative culpability between the Appellant and his or her attorney. All responses should be provided in the form of an original and 3 copies with proof of service on opposing counsel.

cc: All other parties

## CERTIFICATE OF MAILING

The undersigned, deputy clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document on which this certificate appears was transmitted this date to all parties of record to this appeal.

**By:** Freddie Brown, Deputy Clerk

**Date:** December 4, 2008